COMPLAINT NUMBER: 2026-0216728     WARRANT NUMBER: GS1107543

PROSECUTOR. Levi C Kropschot
DEFENDANT: Jonah Wendell Phillips
VICTIM:    Deneika Carpenter

FILED

2026 APR 17 AM 8: 14

U.S. DISTRICT COURT
MIDDLE DISTRICT OF T.

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Harassment - Cause Emotional Distress, Intimidate, Frighten
39-17-308(a)(4)

Personally appeared before me, the undersigned, [Select one] __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] __X_ he ___ she [Select one] ___ personally observed __X_ has probable cause to believe that the defendant name above on 04/06/2026 to OFFENSE_DT_TO in Davidson County, did intentionally, and without legitimate purpose, communicate with or transmit or display an image to the victim named above with the intent that the image is viewed by the victim and the defendant maliciously intends the communication to be a threat of harm to the victim and a reasonable person would perceive the communication to be a threat of harm.

*The probable cause is as follows:*

On 04/06/2026 at approximately 2145 hours, officers responded to 440 Tyler Dr Unit A for a domestic disturbance. Upon arrival, officers made contact with the victim, Deneika Carpenter, and the father of their child, Jonah Carpenter (defendant). After they were separated, the defendant stated that he returned home after being out of town, picked up his daughter from home, and attempted to find a job. He added that the victim's mother, Wanda Bradley, texted the victim regarding the defendant's behavior while at the residence, after which an argument ensued between the victim and defendant. He stated that a physical altercation did not occur nor were threats made. He reported that the victim requested that he leave, to which he agreed, though he was still present when police arrived.

**Officers spoke to the victim, who stated that the defendant sent her over forty text messages prior to his return home, one of which stated, "You have no choice it either we together or death", along with "I'ma be your worst nightmare", and "If I suffer you gone suffer". Officers took photographs of the text messages after which the victim advised that the messages placed her in fear for her safety.** She explained that during the argument with the defendant, he threatened to kill her. Officers contacted the victim's mother via telephone, who was initially present at the scene but left earlier in the evening. She reported hearing the defendant's threat to kill the victim. The victim also explained that the defendant took hold of a pair of hair clippers and positioned them near her face, but did not make contact with her, and eventually put them down. She advised that these comments and actions further placed her in fear for her safety. Due to the call for service being domestic-related and having observed text messages from the defendant as well as obtaining corroborating witness statements for the threat, officers determined the defendant to be the primary aggressor of the incident. A physical arrest of his person was conducted, and it was determined based on all available information that the offense was likely to continue. He was transported to booking without incident.

Prosecutor: Levi C Kropschot    4016056
              600 Murfreesboro Road {STATION_ASSIGNED}

              Nashville, Tennessee 37210

---

## ARREST WARRANT

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Harassment - Cause Emotional Distress, Intimidate, Frighten A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

1 of 2 pages

COMPLAINT NUMBER  2026-0216728          WARRANT NUMBER: GS1107543

PROSECUTOR: Levi C Kropschot
DEFENDANT· Jonah Wendell Phillips
VICTIM.    Deneika Carpenter


Sworn to and subscribed before me on 04/07/2026 00:17:41

_____ _____
Candace J Greer
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

2 of 2 pages

COMPLAINT NUMBER. 2026-0216728     WARRANT NUMBER· GS1107542

PROSECUTOR· Levi C Kropschot
DEFENDANT: Jonah Wendell Phillips
VICTIM: Deneika Carpenter

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### DOMESTIC ASSAULT
### T.C.A. 39-13-111

Personally appeared before me, the undersigned [**Select one**] _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that        [**Select one**] _X__ he ___ she [**Select one**] ___ personally observed _X__ has probable cause to believe that the defendant named above on 04/06/2026 in Davidson County, did unlawfully [**Select one**] ___ intentionally, knowingly, or recklessly cause bodily injury to the victim, a family or household member, named above OR _X__ intentionally or knowingly cause the victim, a family or household member, named above to reasonably fear imminent bodily injury; OR ___ intentionally or knowingly cause physical contact with the victim, a family or household member, named above and a reasonable person would regard the contact as extremely offensive or provocative and **the probable cause is as follows:**

On 04/06/2026 at approximately 2145 hours, officers responded to 440 Tyler Dr Unit A for a domestic disturbance. Upon arrival, officers made contact with the victim, Deneika Carpenter, and the father of their child, Jonah Carpenter (defendant). After they were separated, the defendant stated that he returned home after being out of town, picked up his daughter from home, and attempted to find a job. He added that the victim's mother, Wanda Bradley, texted the victim regarding the defendant's behavior while at the residence, after which an argument ensued between the victim and defendant. He stated that a physical altercation did not occur nor were threats made. He reported that the victim requested that he leave, to which he agreed, though he was still present when police arrived.

Officers spoke to the victim, who stated that the defendant sent her over forty text messages prior to his return home, one of which stated, "You have no choice it either we together or death", along with "I'ma be your worst nightmare", and "If I suffer you gone suffer". Officers took photographs of the text messages after which the victim advised that the messages placed her in fear for her safety **She explained that during the argument with the defendant, he threatened to kill her. Officers contacted the victim's mother via telephone, who was initially present at the scene but left earlier in the evening. She reported hearing the defendant's threat to kill the victim.** The victim also explained that the defendant took hold of a pair of hair clippers and positioned them near her face, but did not make contact with her, and eventually put them down. **She advised that these comments** and actions **further placed her in fear for her safety.** Due to the call for service being domestic-related and having observed text messages from the defendant as well as obtaining corroborating witness statements for the threat, officers determined the defendant to be the primary aggressor of the incident. A physical arrest of his person was conducted, and it was determined based on all available information that the offense was likely to continue. He was transported to booking without incident.

Prosecutor: Levi C Kropschot 4016056
          600 Murfreesboro Road METROPOLITAN NASHVILLE POLICE DEPARTMENT

          Nashville, Tennessee 37210

## A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Assault, Domestic Fear Of Bodily Injury A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

1 of 2 pages

Case 3:26-cv-00478     Document 1-1     Filed 04/17/26     Page 3 of 18 PageID #: 19

COMPLAINT NUMBER: 2026-0216728       WARRANT NUMBER: GS1107542

PROSECUTOR: Levi C Kropschot
DEFENDANT. Jonah Wendell Phillips
VICTIM· Deneika Carpenter

Sworn to and subscribed before me on 04/07/2026 00:17·02

_____

Candace J Green
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

Case 3:26-cv-00478     Document 1-1     Filed 04/17/26     Page 4 of 18 PageID #: 20

Receipt #: 449221

# CRIMINAL APPEARANCE RECOGNIZANCE

State vs Jonah Wendell Phillips III , 308812 ,Herein after called the defendant.

This case having been continued, thereupon the defendant, named above, with Surety, 1st Stop Bonding ASC, his security, acknowledge themselves to owe and be indebted to the State of Tennessee in the Penal sum of $3,000.00 jointly and severally, to be levied of their goods and chattels, lands and tenements; to be void, however, on condition that the defendant doth make his personal appearance before the Court of Davidson County, having jurisdiction of his cause, from day to day, then and there to answer to the State of Tennessee on a charge of:

| CASE /<br>WARRANT # | CHARGE | | BOND | COURT<br>DATE / TIME |
|---|---|---|---|---|
| 1. GS1107543 | 39-17-308 | Harassment - Cause Emotional DI AMISD | $1,500.00 | 04/17/2026 08:30 AM |
| 2. GS1107542 | 39-13-111 | Assault, Domestic Fear Of Bodily I AMISD | $1,500.00 | 04/17/2026 08:30 AM |
| | | Total: | $3,000.00 | |

and not to depart without leave of the Court first had and obtained.

## IDENTIFICATION DATA

STATE OF TENNESSEE vs Jonah Wendell Phillips III , 308812

Alias                    JPS

Address: 440 TYLER DR   A                                    City: Hermitage,Tn  State: Tennessee   Zip: 37076

| | | | |
|---|---|---|---|
| SSN: XXX-XX-3988 | DOB: 4/17/1986 | Age: 40 | Sex: M |
| Race: Black | Height: 6'2" | Weight: 185 | Hair Color: Brown |
| Eye Color: Brown | DL#: 100369800 | DL St: TN | |

*Jonah Phillips*
Principal Jonah Phillips

*440 A Tyler Drive*
Address

*(615) 243-1001*
Telephone

*[signature]*
Security Agent Diandres Smith

*1st Stop Bonding*
Company Name

*615-356-5900*
Telephone

_____
GPS Monitoring Co. Agent

_____
GPS Company Name

_____
Telephone

Acknowledge and subscribed to before me this 7th day of April, 2026.

_____ Howard Gentry, Jr. _____ , Clerk

By: _____
Regina Lawrence ,Deputy Clerk

# RELEASE

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### 1st Stop Bonding ASC

## To The Jailor of Davidson County :

Release Jonah Wendell Phillips III , 308812  on the following charges:

| Case/ Warrant # | Police Warrant # | | Charge | Bond | Release Reason |
|---|---|---|---|---|---|
| | | | | $1,500.00 | Bond Posted |
| GS1107543 | GS1107543 | 39-17-308 | Harassment - Distress A Misdemeanor | | |
| GS1107542 | GS1107542 | 39-13-111 | Asi, Dom Fear Bod Inj A Misdemeanor | | |

## Comments:

the dv conditions are as follows the hold time is up at 11:13am  on 4-7-26

This, the 7th day of April, 2026.

By: _____

Regina Lawrence , Deputy Clerk

| General Sessions Court (Tribunal) Davidson County (Condado) Nashville, Tennessee | Order Granting Bail For Abuse Cases (Orden Otorgando Fianza Casos de Abuso) | Case Number(s) (Número de Caso) GS1107543 |
|---|---|---|

STATE OF TENNESSEE  vs.  Jonah Wendell Phillips,

Pursuant to Tennessee Code Annotated, Section 40-11-150, the Court has reviewed the facts of the arrest and detention of the defendant and has determined that the defendant: (check where applicable)
(De acuerdo al Código Anotado de Leyes de Tennessee, Sección 40-11-150, el tribunal ha revisado los hechos del arresto y detención del acusado y determina y encuentra que el demandado): (Indique lo que sea pertinente)

☑ 1. Is a threat to the alleged victim, See victim list below. _____ , or other family or household member.
(Se le considera una amenaza para con la presunta victima, Vea la lista de victimas a continuación. _____ u otros familiares o miembros del hogar.)

☐ 2. Is a threat to the public safety. (Se le considera una amenaza a la seguridad pública.)

☐ 3. Is reasonably likely to appear in court. (Existe la posibilidad de que comparezca ante el tribunal.)

☐ 4. Has been arrested for a criminal offense defined in tital 39, chapter 13, in which the alleged victim,
See victim list below. _____ , of the offense is a domestic abuse victim as defined in 36-3-601, and that there is probable cause to believe the respondent either:
(Ha sido arrestado por un delito penal definido en el título 39, capítulo 13, en el cual la presunta victima del delito, Vea la lista de victimas a continuación. _____ , es una víctima de violencia doméstica como se define en §36-3-601, y que hay causa probable para creer que el demandado ha:)
   (A) Caused serious bodily injury, as defined in 39-11-106, to the alleged domestic abuse victim; or
       (Causado serio dano físico, como se define en §39-11-106, a la presunta victima de violencia doméstica; o)
   (B) Used or displayed a deadly weapon, as defined in 39-11-106.
       (Usado o desplegado un arma mortal, como es definido en §39-11-106, determina que el acusado:)

*Pursuant to the above findings, it is hereby ORDERED that the Defendant's release on bail is conditioned on the following: (De acuerdo con los hallazgos anteriores, se ORDENA que la liberación bajo fianza del acusado esta condicionada a lo siguiente:)*

☐ 5. Has been arrested for the offense of aggravated assault, under T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), or (a)(1)(iv), in which the alleged victim of the offense is a domestic abuse victim as defined in §36-3-601, and that there is probable cause to believe the respondent:
(Ha sido arrestado por el delito de asalto agravado, bajo T.C.A. §39-13-102(a)(1)(i), (a)(1)(iii), o (a)(1)(iv), en que la supuesta victima del delito es una víctima de abuso doméstico como se define en §36-3-601, y que existe causa probable para creer al demandado:)
   (A) Caused serious bodily injury, as defined in T.C.A. §39-11-106, to the alleged domestic abuse victim,
       (Causó lesiones corporales graves, como se define en T.C.A. §39-11-106, a la presunta víctima de abuso doméstico;)
   (B) Strangled or attempted to strangle the alleged domestic abuse victim; or
       (Estranguló o intentó estrangular a la presunta victima de abuso domestico; o)
   (C) Used or displayed a deadly weapon, as defined in T.C.A. §39-11-106.
       (Usó o exhibió un arma mortal, como se define en T.C.A. §39-11-106.)
   **(Sections A-E below must be checked if the court finds #4 OR #5 above)**
   **(Las secciones A-E a continuación deben marcarse si el tribunal determina que #4 O #5 arriba)**

☐ The court having found number 4 or 5 above, the defendant shall have no contact with the alleged domestic abuse victim, See victim list below. _____ . **Sections A - E below must be checked**
(Habiendo encontrado el tribunal el número 4 ó 5 anterior, el demandado tendrá, el acusado no tendrá contacto con la presunta victima de abuso doméstico, Vea la lista de victimas a continuación. _____ ** Secciones A hasta E debajo deban ser marcadas**)

☑ A. The defendant is enjoined from threatening to commit or committing specified offenses set forth in the warrant and against the alleged victim, See victim list below. _____ , or other family or household member.
(Se le prohibe al acusado amenazar con cometer o cometer delitos específicos establecidos en la orden en contra de la presunta victima, Vea la lista de victimas a continuación. _____ , u otros familiares o miembros del hogar.)

This document was EMAILED on 4/7/2026 AM at 00:20 by user cjgreer from machine GSCTDSJY1G3

I acknowledge these conditions (Me doy por enterado de las siguientes condiciones):

X _____    4/7/2026
Defendant (Acusado)          Date (Fecha)

☐ Defendant received conditions (El demandado recibió condiciones / La demandada recibió condiciones)

_____

Reason unable to sign (Razón por no poder firmar)

Employee Number (Número de empleado)

### ORDER DISCHARGING DEFENDANT FROM CONDITIONS OF BAIL
### (ORDEN LIBERANDO AL ACUSADO DE LAS CONDICIONES DE FIANZA)

For good cause, IT IS ORDERED that the defendant is discharged from all conditions of bail set above, except

_____

and the clerk shall send notice to appropriate law enforcement agencies.

(De buena fe, SE ORDENA que el acusado sea liberado de todas las condiciones de fianza establecidas anteriormente, excepto por

_____

y el secretario enviará notificación a las oficinas de orden público pertinentes.)

Judge _____    Date _____
(Juez)    Commissioner (Notario/Notaria) Candace JGreer    (Fecha)

### NOTICE TO DEFENDANT
### (NOTIFICACIÓN AL ACUSADO)

If you violate this order thinking that the other party has given you permission to do so, you are wrong and can be arrested and prosecuted. The terms of this order cannot be changed by agreement of the parties. Only the court can change this order.
(Si usted infringe esta orden pensando que el solicitante le ha autorizado hacerlo, usted está equivocado y puede ser arrestado y procesado. Los términos de esta orden no pueden ser cambiados por un acuerdo entre ambas partes Únicamente el tribunal puede cambiar esta orden.)

VIOLATION OF THIS ORDER MAY CONSTITUTE CONTEMPT OF COURT AND/OR A CLASS A MISDEMEANOR PURSUANT TO T.C.A §39-13-113 AND MAY CAUSE YOUR BAIL TO BE REVOKED.
(EL INFRINGIR ESTA ORDEN PUEDE CONSIDERARSE DESACATO AL TRIBUNAL Y/O UN DELITO MENOR DE CLASE A O AMBOS DE ACUERDO AL T.C.A.§39-13-113 Y PUEDE TRAER COMO CONSECUENCIA QUE SU FIANZA SEA REVOCADA.)

If you hurt or try to hurt anyone while this Order, probation or diversion is in effect, you may face separate charges for aggravated assault, a Class C felony. (TCA 39-13-102(c))
(Si lastima o intenta lastimar a alguien mientras esta orden, libertad condicional probatoria o sentencia diferida están en vigencia, usted puede enfrentar cargos adicionales de asalto con agravantes, un delito grave Clase C.
(TCA § 39-13-102 (c))

#### Victim List (Lista de victimas)

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Deneika | | Carpenter | |

Revised 7/2022

This document was EMAILED on 4/7/2026 AM at 00:20 by user cjgreer from machine GSCTDSJY1G3

Case 3:26-cv-00478    Document 1-1    Filed 04/17/26    Page 8 of 18 PageID #: 24

☑ B. The defendant is prohibited from harassing, annoying, telephoning, contacting or otherwise communicating with the alleged victim, __See victim list below.__ , directly or indirectly. Contact includes but is not limited to telephoning, emailing, text messaging, talking to, or using third parties to initiate contact. (Se le prohíbe al acusado el acosar, molestar, contactar por teléfono o comunicarse de alguna otra manera con la presunta víctima, __Vea la lista de víctimas a continuación.__ ya sea directa o indirectamente. El contacto incluye per no se limita a llamar por teléfono, mandar un email, enviar mensajes de texto, hablar con, o usar a terceros para iniciar contacto.)

☑ C. The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any other location where the victim, __See victim list below.__ , is likely to be. (Se lo ordena al acusado abandonar o mantenerse alejado del hogar de la presunta víctima y mantenerse alejado de cualquier otro lugar en donde sea probable que la víctima, __Vea la lista de víctimas a continuación.__ , se encuentre.)

☑ D. The defendant is prohibited from using or possessing a firearm or other weapon specified by the court as follows: __ANY WEAPON AS DEFINED IN T.C.A. § 39-17-1307, et. seq.__ (Se le prohíbe al acusado utilizar o poseer armas de fuego u otras armas especificadas por el tribunal como sigue)

☐ E. The defendant is prohibited from possessing or consuming alcohol or controlled substances. (Se le prohíbe al acusado la posesión o consumo de alcohol o sustancias controladas.)

☑ F. The defendant is ordered to not abuse, threaten to abuse, hurt or try to hurt, or frighten the alleged victim and/or the alleged victim's minor children under 18. (Se ordena al demandado no abusar, amenazar con abusar, herir o tratar de lastimar, o atemorizar a la presunta victima y/o a los menores de 18 años hijos de la presunta víctima.)

☐ G. Any other order required to protect the safety of the alleged victim, __See victim list below.__ , and to ensure the appearance of the defendant in court as determined by this court as follows: (Cualquier otra orden necesaria para proteger la seguridad de la presunta víctima, __Vea la lista de víctimas a continuación.,__ y para asegurar la comparecencia del acusado ante el tribunal tal y como se determinó por este tribunal como sigue):

---

Regarding the GLOBAL MONITORING SYSTEM, the Court finds as follows:
(Check if applicable):
En referencia al SISTEMA DE MONITOREO GLOBAL, el tribunal encuentra lo siguiente:
(Marque si corresponde):

☐ That the defendant's participation in a global monitoring system will deter the defendant from seeking to kill, physically injure, stalk, or otherwise threaten the alleged victim before trial. (Que la participación del demandado en un sistema de supervisión global impida al demandado intentar matar, dañar físicamente, acosar, o de otra manera amenazar a la víctima presunta antes de la audiencia.)

☐ The defendant ☐ is able ☐ is unable to pay for the costs associated with the system in relation to the defendant and if applicable, the costs associated with providing the victim with an electronic receptor device (Que al demando ☐ le sea posible ☐ no le sea posible pagar los costos asociados con el sistema en relación al demandado y, si correspondiera, los costos asociados con proporcionar a la víctima con un aparato electrónico derecepción.)

☐ That the defendant is indigent and should perform community service in lieu of paying the costs associated with the global monitoring system. (Que el demandado sea indigente y debrá realizar servicio comunitario en lugar de pagar los costos asociados con el sistema de supervisión global.)

☐ That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-11-152(d) and the victim has consented to participate in the system. (Que la corte ha discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya dado consentimiento para participar en el sistema.)

☐ That the court has discussed the global monitoring position with the victim per Tennessee Code Annotated, Section 40-1 1-152(d) and the victim has refused to participate in the system. (Que la corte haya discutido la posición de supervisión global con la víctima según el Código de Tennessee Anotado, Sección 40-11-152(d) y la víctima haya rehusado participar en el sistema.)

ORDER REGARDING GLOBAL MONITORING SYSTEM
(Check all applicable):
ORDEN EN REFERENCIA AL SISTEMA DE MONITOREO GLOBAL

This document was EMAILED on 4/7/2026 AM at 00:20 by user cjgreer from machine GSCTDSJY1G3

(Indique lo que sea pertinente:)

☐ The defendant shall carry or wear a global positioning monitoring system device.
(El demandado llevará un aparato del sistema de supervisión del posicionamiento global.)

☐ The defendant shall pay the costs associated with operating that device and any electronic receptor device provided to the victim, pursuant to § 40-11-152.
(El demandado pagará los costos asociados con la operación de este aparato y cualquier aparato de recepción electrónica proporcionada a la víctima según § 40-11-152.)

☐ The defendant is indigent and shall perform community service in lieu of paying the costs associated with the global monitoring system.
(El demandado es indigente y realizará servicio comunitario en lugar de pagar los costos asociados con el sistema de supervisión global.)

☐ The entity that operates the global position monitoring system shall notify the magistrate and the appropriate local law enforcement agency if a defendant violates a condition of the bond imposed under this section.
(La entidad que opere el sistema de supervisión del posicionamiento global notificará al magistrado y la agencia de la fuerza del orden apropiado si un demandado viola una condición de la caución impuesta bajo esta sección.)

☐ The defendant is directed to vacate or stay away from the home of the alleged victim and to stay away from any other location where the victim is likely to be, including these specific locations that the victim has requested the defendant to stay away from:
(Se ordena que el demandado evacue o se mantenga alejado del hogar de la víctima presunta y que se mantenga alejado de cualquiera otra ubicación donde es probable que la víctima esté, incluyendo estas ubicaciones específicas de las cuales la víctima ha solicitado que el demandado se mantenga alejado:)

_____

☐ Having found the defendant no longer poses a threat to the victim and is not a threat to public safety, the required global positioning monitoring system device is hereby waived. The findings are as such:
(Al haber determinado que el acusado ya no representa una amenaza para la víctima ni para la seguridad pública, se renuncia a la utilización del sistema de monitoreo de posicionamiento global requerido. Las conclusiones son las siguientes:)

_____

BAIL SET AT: $1,500.00          TWELVE (12) HOUR HOLD EXPIRES: 04/07/2026     Time. 11:13 AM
(FIANZA FIJADA EN)              (DOCE (12) HORAS DE DETENCIÓN ENCEN):

If #5 above applies, Twelve (12) Hour Hold Extended     Hours (up to 24 Hours after the time of arrest).
(Si se aplica el punto 5 anterior, doce (12) horas de espera extendida)
(Ver línea arriba) Horas (hasta 24 Horas después de la hora del arresto).
TWELVE (12) HOUR HOLD PLUS ADDITIONAL     HOUR HOLD EXPIRES:          Timo:
DOCE (12) HORAS DE RETENCIÓN MÁS ADICIONALES (VER LÍNEA ARRIBA)
LA HORA DE RETENCIÓN VENCE (VER LÍNEA ARRIBA)

☐ TWELVE (12) HOUR HOLD WAIVED (RENUNCIA DE RETENCIÓN DE DOCE (12) HORAS)

_____

IT IS FURTHERED ORDERED that a copy of this order be given to the defendant, the victim, and all appropriate law enforcement agencies.
(SE ORDENA TAMBIÉN que una copia de esta orden sea entregada al acusado, la víctima y todas las oficinas de orden público pertinentes.)

[seal]                                        4/7/2026
_____           _____
Commissioner (Notario/Notaria) Candace JGreer          Date (Fecha)

This document was EMAILED on 4/7/2026 AM at 00:20 by user cjgreer from machine GSCTDSJY1G3



# CERTIFICATE OF LIVE BIRTH

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
VITAL RECORDS

*19094*
*25*
*19094—*

141-

THIS BECOMES A LEGAL RECORD WHEN PROPERLY EXECUTED AND FILED

8602949

OR PRINT IN INFANT INK

**CHILD**

PREPARE SEPARATE FORM FOR EACH CHILD OF MULTIPLE BIRTH

**MOTHER**

**FATHER**

**CERTIFIER MUST SIGN**



| CHILD – NAME | FIRST | MIDDLE | LAST | DATE OF BIRTH | | HOUR |
|---|---|---|---|---|---|---|
| 1 | Jonah | Wendell | Phillips, III | 2 | | 10:36a M |
| SEX | | THIS BIRTH – SINGLE, TWIN, TRIPLET, ETC (SPECIFY) | | IF NOT SINGLE BIRTH BORN FIRST, SECOND, ETC (SPECIFY) | | |
| 3 Male | | 4a Single | | 4b | | |
| COUNTY OF BIRTH | CITY, TOWN, OR LOCATION OF BIRTH | INSIDE CITY LIMITS (SPECIFY YES OR NO) | HOSPITAL – NAME (IF NOT IN HOSPITAL, GIVE PRIVATE RESIDENCE, DOCTORS OFFICE ETC) | | | |
| 3a Davidson | 5b Nashville | 5c Yes | 5d Baptist Hospital | | | |
| MOTHER – MAIDEN NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) | |
| 6a | Doretha | Mayberry | Whitfield | 6b 17 | 6c Tennessee 43 | |
| RESIDENCE – STATE | COUNTY | CITY, TOWN, OR LOCATION | STREET AND NUMBER | INSIDE CITY LIMITS (SPECIFY YES OR NO) | CENSUS TRACT NO | |
| 7a Tennessee | Davidson | Nashville | 7d 547-A 13th Ave | 7e North | Yes |
| FATHER – NAME | FIRST | MIDDLE | LAST | AGE (AT TIME OF THIS BIRTH) | STATE OF BIRTH (IF NOT IN U.S.A. NAME COUNTRY) | |
| 8a | Jonah | Wendell | Phillips, Jr. | 8b 21 | 8c Tennessee | |

I CERTIFY THAT I HAVE INSPECTED THIS CERTIFICATE FOR ACCURACY

9. MOTHER'S SIGNATURE  *Doretha Whitfield*

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE

| 10a SIGNATURE | | ATTENDANT – M D, OTHER (SPECIFY) | DATE SIGNED (MONTH DAY YEAR) |
|---|---|---|---|
| | | 10b M.D. | 10c |
| NAME (TYPE OR PRINT) | | MAILING ADDRESS (STREET OR R F D NO CITY OR TOWN STATE ZIP) | |
| 10d Edward Hills, M.D. | | 10e 1916 Patterson Street | |

| REGISTRAR – SIGNATURE | | DATE RECEIVED BY LOCAL REGISTRAR (MONTH DAY YEAR) |
|---|---|---|
| 11a *Esther D. Groh* | | 11b May 3, 1986 |

MOTHER'S MAILING ADDRESS (STREET OR R F D NO CITY OR TOWN STATE ZIP)

12 547-A 13th Ave. North  Nashville, Tennessee  37203

11436659

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

1 1 4 3 6 6 0 5 1 8 9
Date Issued



:C.-S.-S.- C.-P.-S-G.-P. Flag of this vessel

**"a Reg mail#**

<u>For the Claimant-Knowledge of this Live-Life is with this claim by this Claimant.</u>

~1 For the knowledge of these facts are with the claim of this Live-life-man born on~seventeenth-day~April-~year~1986

~2 For these witness-knowledge of this live-life are with these claims of this live-lifebirth-nativity in the city-~Nashville,-State~Tennessee ,-County~Davidson, is with witness by the mother-party-by the name: Doretha-Mayberry. Whitfield/Jones, and by the father:Jonah-Wendell. Phillips Jr,-~by their marriage-joinder.

~3 For the witness-knowledge of this live-life-claim are with the claim of this live-life-birth with an authorization of these (2) two-witnesses-autographs

*~4 For the witness-knowledge of these facts are with this live-life-birth-claim with this Correct-Sentence-Structure-Communications-Parse-Syntax-Grammar-Performance of this Communications-Claim with this live-life-party.*



| Image: | Fingerprint (FP): | Saliva or Hair |
|---|---|---|
| | (your fingerprint goes here) | (TAPE hair strand here) |

Denvika-Lavanda's Carpenter

Witness/ :                          Copy-claim ~For the day. 8ᵗ **August** 2025 FP:

Cherita-Nicole-Phillips

Witness/                          Copy-claim ~For the day. 8ᵗ **August** 2025 FP

Jonah-Wendell Phillips III      For the date      8ᵗ of August 2025 FP:

Autograph-Claimant-Lifebirth  Autograph/ Copy-claim-is with the verification this
~      -DAY,-~MONTH                          by the now-time On-demand claim



ISLAM — AGE 35 — UNITY — JAN 20 22 — ALLAH — 7

J. PHILLIPS EL

This is your Nationality and Identification Card for the Moorish Science Temple of America and Birthrights for the Moorish Americans, etc., we honor all the Divine Prophets, Jesus, Mohammed, Buddha and Confucius. May the blessings of the God of our Father Allah, be upon you that carry this card. I do hereby declare that you are a Moslem under the divine Laws of the Holy Koran of Mecca, Love, Truth, Peace, Freedom and Justice.

"I AM A CITIZEN OF THE U.S.A."

NOBLE DREW ALI, THE PROPHET    P.O. BOX 379594, CHICAGO, IL 60637

**Notice of Special Appearance by Affidavit –**

Challenge of jurisdiction under Title 5 USC 556(d)-[burden of proof is on the government.]

Quaelibet Jurisdictio Cancellos Suos Habet
'Every jurisdiction has its own limits.' Jenk. Cent. Cas. 139.

"A special appearance is an appearance solely for the purpose of testing the jurisdiction."
Bailey v. Schrada, 34 Ind. 261; Huff v. Shepard, 58 Mo. 246

A special appearance is for the purpose of testing the sufficiency of service or the jurisdiction of the court;
State v. Huller, 23 N.M. 306, 168 P. 528, 534, 1 A.L.R. 170.


**COMES NOW RESPONDENT/AFFIANT**, Phillips;Jonah, herein after called "Respondent", in pro persona, NOT a pro se party with this Affidavit of Special Appearance.

**Respondent** is appearing before this court Specially, and not Generally, in Pro Per ("in one's own proper person"), Sui Juris, regarding case #: GS1107542/GS1107543 which is based on a traffic citation from Davidson County Sheriff dated April 6, 2026.

This Special Appearance by Affidavit is for the purposes of challenging the courts (2) weeks, presumption and assumption of jurisdiction.

I hereby declare, reserve, claim and retain ALL rights and defects in process. I claim and reserve all of my rights under UCC 1-308. I further declare that I am a Man and NOT a 'legal fiction' I am not a member of the political or legal society over which the court has jurisdiction, and I do not agree to be characterized as a legal fiction.

I, Phillips; Jonah I am a living man. Is there a man or woman who has a claim against me?


**1. Challenge Negates Jurisdiction**
By this Affidavit, petitioner challenges the subject-matter and in personam jurisdiction of this court. Therefore, this court now is without jurisdiction.

"The presumption that officials have done their duty is limited by the rule that a presumption cannot be based upon a mere presumption, and will not supply proof of independent, substantive facts, such as that a deficiency judgment was entered and docketed by the clerk of the court. "
Mahoney v Boise Title & T. Co. (1926) 116 Okla 202, 244 P 170

Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action.
Melo v. US, 505 F2d 1026.

"Once jurisdiction is challenged it must be proven."
Hagans v. Levine 415 US 533 note 3
The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."
Hagans v Lavine, 415 U. S. 533.

"No sanction can be imposed absent proof of jurisdiction."
Stanard v. Olesen, 74 S.Ct. 768

"The law provides that once State / Federal Jurisdiction has been challenged, it must be proven."
Maine v. Thiboutot, 100 S. Ct. 2502 (1980)

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."
Stuck v. Medical Examiners, 94 CA2d 751.211 P2s 389

"The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert, 469 F2d 416.

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered.
McNutt v. GMAC, 298 US 178. Origins found in Maxfield's Lessee v Levy, 4 US 308

"It is impossible to prove jurisdiction exists absent a substantial nexus with the state such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court."
Pipe Line v. Marathon. 102 S. Ct. 3858 quoting Crowell v. Benson 883 US 22

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal"
Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279

### 2. Jurisdiction Not Within Discretion of Court
Petitioner reminds this court that the matter if jurisdiction is not a matter within the discretion of this court.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance."
Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

A court "generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in the suit (subject-matter jurisdiction) . . . ."
Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp., 549 U.S. 422, 430–31 (2007)

"The burden shifts to the court to prove jurisdiction."
Rosemond v. Lambert, 469 F2d 416.

"The proponent of the rule has the burden of proof.."
Title 5 U.S.C. §556(d)

### 3. Jurisdiction Cannot Be Waived
The principles of waiver, consent, and estoppel do not apply to jurisdictional issues—the actions of the litigants cannot vest a district court with jurisdiction above the limitations provided by the Constitution and Congress.

"If the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed."
Norman v. Zieber, 3 Orat202-03

### 4. Jurisdiction Can Be Raised at Any time
Federal Rule 12(h)(3) states that, "f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided."

*Basso v. Utah Power & Light Co., 495 F2d 906, 910.*

*"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal."*
*Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d  368 (Fla 2nd DCA 1985)*

*"The objection that a federal court lacks subject-matter jurisdiction may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment."*
*Arbaugh v. Y & H Corp., 546 U.S. 500, 506 (2006) (citations omitted) (jurisdiction upheld); see also Kontrick v. Ryan, 540 U.S. 443, 455 (2004)*

*On appeal—even for the first time at the Supreme Court—a party may attack jurisdiction after the entry of judgment in the district court.*
*Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006).*

*Even the party that had invoked the district court's jurisdiction can argue on appeal, to avoid an adverse judgment, that the district court lacked jurisdiction.*
*13 Wright & Miller § 3522, pp. 122–23*

*"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent."*
*U.S. v. Rogers, District Court Ark.,23 Fed 658 1855*

### 5. Acts by Court a Nullity
*Petitioner notices this court that any action taken by the court absent proof of is a nullity.*

*"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property."*
*Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.*

*"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection, and afford no justification, and may be rejected upon direct collateral attack."*
*Thompson v. Tolmie, 2 Pet. 157, 7 L.Ed. 381; Griffith v. Frazier, 8 Cr. 9, 3L. Ed. 471.*

*"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio."*
*In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.*

*"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."*
*Dillon v. Dillon, 187 P 27.*

### 6: LACK OF JURISDICTION: No witness, no facts, no jurisdiction.

*"There is no discretion to ignore lack of jurisdiction."*
*Joyce v. U.S., 474 F2d 215.*

*"No sanction can be imposed absent proof of jurisdiction."*
*"Once challenged, jurisdiction cannot be ´assumed´; it must be proved to exist!"*
*Stanard v. Olesen, 74 S.Ct. 768*

*"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term."*
*Dillon v. Dillon, 187 P 27.*

### OTHER CASE LAW ON JURISDICTIONAL CHALLENGES

*In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed."*
*Norman v. Zieber, 3 Or at 202-03*

*"Where a person is not at the time a licensee, neither the agency, nor any official has any jurisdiction of said person to consider or make any order. One ground as to want of jurisdiction was, accused was not a licensee and it was not claimed that he was."*
*O'Neil v. Dept Prof. & Vocations 7 CA 2d 398; Eiseman v. Daugherty 6 CA 783*

*"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court"*
*OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).*

*"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted."*
*Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150*

*"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent."*
*U.S. v. Rogers, District Court Ark.,23 Fed 658 1855*

*"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal"*
*Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279*

*"It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him."*
*Endicott v. Perkins, 317 US 501*

*"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such preceding an inferior court, and not aided by presumption in favor of jurisdiction."*
*1 Smith's Leading Cases, 816*

*"Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law."*
*Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652*

*JURISDICTION*

*I am here by way of Special Appearance to challenge jurisdiction and to have this matter dismissed.*

*This court has assumed jurisdiction over me for almost (2) weeks. I believe this court lacks jurisdiction.*
*It's about time the court proves the stance it's taken for almost (2) two years.*

*1. I want to see the supposed jurisdiction duly placed into evidence. In the copy of the file, I have it is nonexistent.*
*2. I don't believe this court can produce a competent witness against me almost (2) weeks-after the citation was issued.*
*3. I don't believe this court can produce the citations' issuing officer after almost (2) weeks*
*4. I don't believe this court has a valid cause of action against me.*
*5. I don't believe this court has any evidence against me, except a citation that is almost (2) weeks old, signed under threat, duress and coercion (threat of arrest, incarceration).*

*This court has no evidence against me.*

*This court must prove jurisdiction.*

*WHEREAS, respondent petitions this court for dismissal of this action and release/removal if any of the bench warrants that has been open for respondent's arrest for (2) weeks*

All Rights Reserved,

_____          _____

I, **Phillips, Jonah,** Affiant/Declarant          Date. 4/17/2026

## NOTARY STATEMENT

In the State of **Tennessee** ,

County of **DAVIDSON**,

I swear that on this 17th day of April, 2026 the above named Affiant/Declarant,

**Jonah Phillips** personally appeared before me, and of her own free will, signed

and executed this Notice of Special Appearance by Affidavit.